Circulated 09/05/2023 01:58 PM
J-A09038-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| THE SCRANTON CLUB | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TUSCARORA WAYNE MUTUAL | : | No. 238 MDA 2021 |
| GROUP, INC., SUSQUEHANNA | : | |
| CAPITAL CORP., TUSCARORA WAYNE | : | |
| INSURANCE COMPANY, TUSCARORA | : | |
| WAYNE MUTUAL INSURANCE | : | |
| COMPANY | : | |

Appeal from the Order Entered January 25, 2021
In the Court of Common Pleas of Lackawanna County Civil Division at
No(s): 20 CV 2469

BEFORE: PANELLA, P.J., OLSON, J., and KUNSELMAN, J.

CONCURRING STATEMENT BY OLSON, J.: FILED: SEPTEMBER 12, 2023

I acknowledge that the language of the policy at issue is virtually identical to the policy language in **Ungarean v. CNA**, 286 A.3d 353 (Pa. Super. 2022), *appeal granted*, 2023 WL 4530166 (2023); therefore, we are bound by that decision of the Court *en banc*. However, I believe that **Ungarean** was wrongly decided for the reasons set forth in Judge Stabile's dissent. **Id.** at 386-393 (Stabile, J., dissenting).